# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:22-cv-840

ZACH BERMAN;

    Plaintiffs,

v.

GRAVITY HAUS, INC.;

    Defendant.

---

## NOTICE OF DISMISSAL OF CASE WITHOUT PREJUDICE

---

Plaintiff, Zach Berman, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this causes of action in the Complaint against Defendant Gravity Haus, Inc. without prejudice. Defendant has neither filed an answer to the Complaint nor a Motion for Summary Judgment as to the claims in the above-captioned action. Dismissal under Fed. R. Civ. P. 41(a)(1) is therefore appropriate.

Dated: May 19, 2022

    Respectfully submitted,

    *s/ Spencer J. Kontnik*
    Spencer J. Kontnik
    Matthew L. Fenicle
    KONTNIK | COHEN, LLC
    201 Steele Street, Suite 210
    Denver, Colorado 80206
    Telephone: (720) 449-8448
    E-Mail: skontnik@kontnikcohen.com
    E-Mail: mfenicle@kontnikcohen.com
    Attorneys for Plaintiff ZACH BERMAN